[No. 12237-9-III.    Division Three.    March 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL GUIZAR PALACIOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01799-4, Stephen M. Brown, J., entered

February 14, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.